

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

---

## NO. PD-1096-12

---

**BRETT ROBERT DOWELL, Appellant**

V.

**THE STATE OF TEXAS**

---

### ON DISCRETIONARY REVIEW
### FROM THE FIFTH COURT OF APPEALS
### COLLIN COUNTY

---

*Womack, J. delivered the opinion of the Court in which Keller, P.J., and Price, Johnson, Keasler, Hervey, Cochran, and Alcala, JJ. joined. Meyers J. did not participate.*

The petition for discretionary review is dismissed as improvidently granted.

Delivered: April 10, 2013.
Do not publish.